Steven J. Serbalik, Bar No. 028191
**STEVEN J. SERBALIK, P.L.C.**
4925 E. Desert Cove Ave Unit 116
Scottsdale, Arizona 85254
Telephone:  (480) 269-1529
steveserbalik@gmail.com
*Attorney for Plaintiffs Dusten Mullen and the*
*Arizona Conference of Police and Sheriffs, Inc.*
*("AZCOPS")*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dusten Mullen and the Arizona Conference of Police and Sheriffs ("AZCOPS")<br><br>                                        Plaintiffs,<br><br>                    v.<br><br>Matthew Giordano, in his official capacity as Chief of Police of the Phoenix Police Department, the City of Phoenix, a municipal corporation, and Anna Hernandez, in her official capacity as Phoenix City Councilmember, District 7,<br><br>                                        Defendants. | NO.<br><br>**Corporate Disclosure Statement for the Arizona Conference of Police and Sheriffs (AZCOPS)** |

Pursuant to Federal Rule of Civil Procedure 7.1 and LRCiv. 7.1.1, Plaintiff Arizona Conference of Police and Sheriffs ("AZCOPS") states as follows:

1. AZCOPS is a non-profit corporation organized under the laws of the State of Arizona.

2. AZCOPS has no parent corporation.

3. No publicly held corporation owns 10% or more of AZCOPS' stock or membership interests.

4. There are no other corporations, associations, firms, partnerships, or other entities that have a direct financial interest in the outcome of this litigation.

RESPECTFULLY SUBMITTED this 27th day of April, 2026.

**STEVEN J SERBALIK, P.L.C.**

By:   /s/Steven J. Serbalik
Steven J. Serbalik
4925 E. Desert Cove Ave #116
Scottsdale, Arizona 85254
*Attorney for Plaintiffs Dusten Mullen and the*
*Arizona Conference of Police and Sheriffs*
*("AZCOPS")*