# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dusten Mullen and the Arizona Conference of Police and Sheriffs ("AZCOPS"), | No. CV-26-002911-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Matthew Giordano, in his official capacity as Chief of Police of the Phoenix Police Department, the City of Phoenix, a municipal corporation, and Anna Hernandez, in her official capacity as Phoenix City Councilmember, District 7, | |
| Defendants. | |

Before the Court is Plaintiffs Dusten Mullen and the Arizona Conference of Police and Sheriffs ("AZCOPS"), Moton for Temporary Restraining Order and Preliminary Injunction. (Doc. 2.)  At the time of this Order, Plaintiff has not served the Complaint to named Defendants.   Plaintiff has not requested aa temporary restraining order issue without notice so the other party so the Court will set this for hearing.

**IT IS ORDERED** that an Order to Show Cause hearing be scheduled for May 4, 2026, at 9:30am as to why the temporary restraining order should not issue.

**IT IS FURTHER ORDERED** that Plaintiff serves each Defendant with the Complaint and this Order no later than April 30, 2026, by email, personal service, or U.S. Mail.

**IT IS FURTHER ORDERED** that Defendants may file a written response to the Motion for Temporary Restraining Order by May 1, 2026.

**IT IS FURTHER ORDERED** that, at the May 4, 2026 hearing, the parties be

prepared to discuss scheduling of a preliminary injunction hearing and if it should be consolidated with trial.

Dated this 28th day of April, 2026.

Honorable Susan M. Brnovich
United States District Judge