Steven J. Serbalik, Bar No. 028191
**STEVEN J. SERBALIK, P.L.C.**
4925 E. Desert Cove Ave Unit 116
Scottsdale, Arizona 85254
Telephone:  (480) 269-1529
steveserbalik@gmail.com
*Attorney for Plaintiffs Dusten Mullen and the*
*Arizona Conference of Police and Sheriffs, Inc.*
*("AZCOPS")*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dusten Mullen and the Arizona Conference of Police and Sheriffs ("AZCOPS")<br><br>                                                  Plaintiffs,<br><br>              v.<br><br>Matthew Giordano, in his official capacity as Chief of Police of the Phoenix Police Department, the City of Phoenix, a municipal corporation, and Anna Hernandez, in her official capacity as Phoenix City Councilmember, District 7,<br><br>                                                  Defendants. | NO. CV-26-00291-PHX-SMB<br><br><br>**Notice of Compliance with the Order for transmission of the Complaint and Order [Doc. 9]** |

Pursuant to the Court's Order [Doc. 9], Plaintiffs, through undersigned counsel, advise the Court as follows:

1. Yesterday at approximately 4:25 pm, undersigned counsel emailed Defendants Giordano and Hernandez ECF stamped copies of the Verified Complaint [Doc. 1], the Motion [Doc. 2], the Corporate Disclosure Statement [Doc. 3], unstamped versions of the summons [Docs 4, 4-1, 4-2], as well as a Dropbox link for the exhibits to the Verified Complaint.

2. Today at approximately 1:15 pm, pursuant to the Court's Order [Doc. 9], undersigned counsel emailed a copy of the Order [Doc. 9], the Verified Complaint [Doc. 1], the Motion [Doc. 2] as well as the Proposed Order [Doc. 2.1] to Defendant Giordano, Defendant Hernandez, and Phoenix City Attorney Kriegh.

3. Undersigned counsel will also email a copy of this filing to the Defendants and the Phoenix City Attorney.

4. Plaintiffs advise the Court that the *Loudermill* hearing for Sgt. Mullen is currently scheduled for May 4, 2026 at 9am.

5. Notwithstanding the scheduling of the *Loudermill* hearing, undersigned counsel will attend the Court's hearing set in its Order [Doc. 9].

RESPECTFULLY SUBMITTED this  28th day of April, 2026.

**STEVEN J SERBALIK, P.L.C.**

By:    /s/Steven J. Serbalik
       Steven J. Serbalik
       4925 E. Desert Cove Ave #116
       Scottsdale, Arizona 85254
       *Attorney for Plaintiffs Dusten Mullen and the*
       *Arizona Conference of Police and Sheriffs*
       *("AZCOPS")*