Steven J. Serbalik, Bar No. 028191
**STEVEN J. SERBALIK, P.L.C.**
4925 E. Desert Cove Ave Unit 116
Scottsdale, Arizona 85254
Telephone:  (480) 269-1529
steveserbalik@gmail.com
*Attorney for Plaintiffs Dusten Mullen and the*
*Arizona Conference of Police and Sheriffs, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DUSTEN MULLEN and the ARIZONA CONFERENCE OF POLICE AND SHERIFFS ("AZCOPS")<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW GIORDANO, in his official capacity as Chief of Police of the Phoenix Police Department, the CITY OF PHOENIX, a municipal corporation, and ANNA HERNANDEZ, in her official capacity as Phoenix City Councilmember, District 7,<br><br>Defendants. | NO. 2:26-CV-02911-SMB<br><br><br>**NOTICE OF ACCEPTANCE OF SERVICE OF SUBPOENA** |

Plaintiffs hereby notify the Court that Cmdr. James Ward has accepted service of the subpoena that Plaintiffs issued for his appearance at the Order to Show Cause hearing on May 4, 2026, at 9:30 a.m. (or as otherwise directed by the Court).

On April 30, 2026, Cmdr. Ward confirmed via email that he accepts service of the subpoena by email. A true and correct copy of the relevant email exchange is attached hereto as Exhibit 1.

Plaintiffs will promptly tender the statutory witness fee ($40 per day plus applicable mileage) as required by Fed. R. Civ. P. 45(b)(1).

RESPECTFULLY SUBMITTED this  30th day of April, 2026.

**STEVEN J SERBALIK, P.L.C.**

By:    /s/Steven J. Serbalik
Steven J. Serbalik
4925 E. Desert Cove Ave #116
Scottsdale, Arizona 85254
*Attorney for Plaintiffs Dusten Mullen and the*
*Arizona Conference of Police and Sheriffs*
*("AZCOPS")*