# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dusten Mullen, et al., | No. CV-26-02911-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Matthew Giordano, et al., | |
| Defendants. | |

Before the Court is Plaintiffs' Emergency Motion for Temporary Restraining Order Without Notice Pursuant to FRCP 65(b) and/or Immediate Stay of the May 4, 2026 *Loudermill* Hearing (Doc. 14). The Court, having reviewed the Motion, the attached Exhibits A–D, the record in this matter, and good cause appearing,

**IT IS HEREBY ORDERED** as follows: Plaintiffs' Emergency Motion (Doc. 14) is **GRANTED**. Defendants, the City of Phoenix, Chief Matthew Giordano, and all persons acting in concert with them are immediately enjoined from conducting the *Loudermill* hearing currently scheduled for 9:00 a.m. on May 4, 2026, regarding Sgt. Dusten Mullen. Any *Loudermill* hearing conducted on May 4, 2026, in the absence of Plaintiffs' counsel and/or their designated PPSLA representative shall be without legal effect and is hereby vacated.

The City of Phoenix and Phoenix Police Department shall not take any further disciplinary action against Sgt. Mullen related to the January 30, 2026 incident until further order of this Court. The parties shall appear before this Court as previously scheduled for

the Order to Show Cause hearing on May 4, 2026, at 9:30 a.m. This Temporary Restraining Order shall remain in effect until further order of the Court or until the conclusion of the May 4, 2026 OSC hearing, whichever occurs first.

**IT IS FURTHER ORDERED** that Plaintiff's Counsel shall send a copy of this Order to all defendants by email or hand delivery.

Dated this 1st day of May, 2026.

Honorable Susan M. Brnovich
United States District Judge

- 2 -