Steven J. Serbalik, Bar No. 028191
**STEVEN J. SERBALIK, P.L.C.**
4925 E. Desert Cove Ave Unit 116
Scottsdale, Arizona 85254
Telephone:  (480) 269-1529
steveserbalik@gmail.com
*Attorney for Plaintiffs Dusten Mullen and the*
*Arizona Conference of Police and Sheriffs, Inc.*
*("AZCOPS")*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dusten Mullen and the Arizona Conference of Police and Sheriffs ("AZCOPS")<br><br>                                     Plaintiffs,<br><br>v.<br><br>Matthew Giordano, in his official capacity as Chief of Police of the Phoenix Police Department, the City of Phoenix, a municipal corporation, and Anna Hernandez, in her official capacity as Phoenix City Councilmember, District 7,<br><br>                                     Defendants. | NO. CV-26-00291-PHX-SMB<br><br>**Notice of Compliance with the Order for transmission of the Temporary Restraining Order [Doc. 18]** |

Pursuant to the Court's Order [Doc. 18], Plaintiffs, through undersigned counsel, advise the Court as follows:

1. Today at approximately 1:36 pm, undersigned counsel emailed Defendant Giordano, Defendant Hernandez and Phoenix City Attorney Kriegh ECF stamped copies of the Order [Doc. 18] granting Emergency Motion [Doc. 14].

2. Undersigned counsel will also email a copy of this filing to Defendants and the Phoenix City Attorney.

RESPECTFULLY SUBMITTED this  1st day of May, 2026.

**STEVEN J SERBALIK, P.L.C.**

By:    /s/Steven J. Serbalik
Steven J. Serbalik
4925 E. Desert Cove Ave #116
Scottsdale, Arizona 85254
*Attorney for Plaintiffs Dusten Mullen and the Arizona Conference of Police and Sheriffs ("AZCOPS")*

2