# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dusten Mullen, et al., | No. CV-26-02911-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Matthew Giordano, et al., | |
| Defendants. | |

The Court having reviewed Defendants' Motion for Leave to File Exhibits in Support of Response in Opposition to Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction Under Seal and to Seal and Redact Portions of Response in Opposition to Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction (Doc. 22) and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants' Motion for Leave is GRANTED.

**IT IS FURTHER ORDERED** directing the Clerk to file Defendants' unredacted Response in Opposition to Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction, with Exhibits A and B, lodged as (Doc. 23) under seal.

Dated this 4th day of May, 2026.

Honorable Susan M. Brnovich
United States District Judge