# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dusten Mullen, et al., | No. CV-26-02911-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Matthew Giordano, et al., | |
| Defendants. | |

Before the Court is Plaintiffs' Motion for Leave to File an Exhibit in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction Under Seal (Doc.33) and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion is GRANTED.

**IT IS FURTHER ORDERED** directing the Clerk to file Plaintiffs' Exhibit A (Doc. 34) under seal.

Dated this 15th day of May, 2026.

Honorable Susan M. Brnovich
United States District Judge