Stephen B. Coleman (State Bar #021715)
Justin S. Pierce (State Bar #022646)
Alexandra N. Cayton (State Bar #038580)
**PIERCE COLEMAN PLLC**
17851 North 85th Street, Suite 175
Scottsdale, Arizona 85255
Tel. (602) 772-5506
Steve@PierceColeman.com
Justin@PierceColeman.com
Alex@PierceColeman.com
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Dusten Mullen and the Arizona Conference of Police and Sheriffs ("AZCOPS")

                    Plaintiffs,

v.

Matthew Giordano, in his official capacity as Chief of Police of the Phoenix Police Department, the City of Phoenix, a municipal corporation, and Anna Hernandez, in her official capacity as Phoenix City Councilmember, District 7,

                    Defendants.

CASE NO: 2:26-cv-02911-SMB

**NOTICE OF APPEARANCE**

     Matthew Giordano, the City of Phoenix, and Anna Hernandez ("Defendants"), hereby give notice of the appearance of Stephen B. Coleman, Justin S. Pierce, and Alexandra N. Cayton in this matter.   Defendants request that all pleadings and future communication be sent to:

1

Stephen B. Coleman
Justin S. Pierce
Alexandra N. Cayton
**PIERCE COLEMAN PLLC**
17851 N. 85th Street, Suite 175
Scottsdale, Arizona 85255
Tel. (602) 772-5506
Fax (877) 772-1025
Steve@PierceColeman.com
Justin@PierceColeman.com
Alex@PierceColeman.com

RESPECTFULLY SUBMITTED this 15th day of May 2026.

**PIERCE COLEMAN PLLC**

By /s/  *Stephen B. Coleman*
    Stephen B. Coleman
    Justin S. Pierce
    Alexandra N. Cayton
    17851 N. 85th Street, Suite 175
    Scottsdale, AZ 85255
    Attorneys for Defendants

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 15, 2026, I electronically transmitted the attached document to the Clerk's Office via ECF System for filing and caused a copy to be electronically transmitted to the following ECF registrants:

Steven J. Serbalik
STEVEN J. SERBALIK, P.L.C.
steveserbalik@gmail.com
*Attorney for Plaintiffs Dusten Mullen and the*
*Arizona Conference of Police and Sheriffs, Inc.*

By /s/ *Mary Walker*

2