# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Dusten Mullen, et al., | No. CV-26-02911-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Matthew Giordano, et al., | |
| Defendants. | |

Before the Court is Plaintiffs' Notice of Acceptance of Service and Stipulation for Responsive Deadline (Doc. 53). Good cause appearing,

**IT IS ORDERED** that Defendants shall answer or otherwise respond to Plaintiffs First Amended Complaint (Doc. 50) on or before **June 30, 2026**.

Dated this 15th day of June, 2026.

Honorable Susan M. Brnovich
United States District Judge