# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dusten Mullen, et al., | No. CV-26-02911-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Matthew Giordano, et al., | |
| Defendants. | |

Pursuant to Defendants' Unopposed Motion to Exceed Page Limit (Doc. 57) and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is granted.  Defendants shall have a five-page extension of the page limit for their motion to dismiss, for a total of 22 pages.

**IT IS FURTHER ORDERED** that Plaintiffs shall receive the same extension for their response to Defendants' motion.

**IT IS FURTHER ORDERED** directing the clerk to file the lodged Motion to Dismiss (Doc 58).

Dated this 7th day of July, 2026.

_____
Honorable Susan M. Brnovich
United States District Judge